UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| FRANTZ DAVIS, | ) | NO. CV 07-1974 PA (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| TOM FELKER, WARDEN (A), | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: August 9, 2011

_____
PERCY ANDERSON
United States District Judge